395 A.2d 990

Madden v. The Western Saving Fund Society of Philadelphia, Appellant.

Argued September 11, 1978. Robert B. Surrick, for appellant; Edward A. Savastio, for appellee.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment affirmed.

395 A.2d 990

Maguire Insurance Agency, Inc. v. Waste Techniques Corporation, Appellant.

Argued September 14, 1978. Arthur L. Jenkins, Jr., for appellant; John J. McCreesh, Jr., for appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Order affirmed.